IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LISA S. SMITH                                                                    PLAINTIFF

VS.                                        CASE NO. 4:12CV00628 JLH/HDY

CAROLYN W. COLVIN, Acting Commissioner,
   Social Security Administration                              DEFENDANT

PROPOSED FINDINGS AND RECOMMENDATIONS

INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

    1.      Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## DISPOSITION

The plaintiff filed a *pro se* complaint initiating this case on October 9, 2012. On December 20, 2012, the Court entered a scheduling order directing the plaintiff to file her brief by February 3, 2013. No timely brief was filed. On February 22, the Court, on its own, granted the plaintiff until March 15 to file her brief. The plaintiff was further notified that failure to communicate with the Court and/or comply with the Court's directions could result in dismissal of the case. Docket entry no. 14. The plaintiff has not filed her brief or otherwise responded to the Court Order of February 22, 2013.

Based upon the plaintiff's failure to respond to the Court's Orders and upon Local Rule 5.5(c)(2), we recommend the complaint be dismissed.

IT IS SO ORDERED this   11    day of July, 2013.

                                                                                                             _____
                                                                                                             UNITED STATES MAGISTRATE JUDGE