# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LISA S. SMITH                                                                                                       PLAINTIFF

v.                                            NO. 4:12CV00628 JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                          DEFENDANT

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 1st day of August, 2013.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE